Certificate Number: 05781-TNW-DE-041298769

Bankruptcy Case Number: 25-21938



05781-TNW-DE-041298769

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 7:58 o'clock PM PDT, Rhonda Clark completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date:   August 7, 2026                  By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President